# COURT MINUTES/ORDER

## United States Magistrate Judge Patrick M. Hunt

Date: 04/03/19    Time: 11:00 a.m

Defendant: Danielle T. Edmonson-El    J#: _____    Case #: 19-6142-Hunt
AUSA: Michael Berger (Tom Lanigan Duty)    Attorney: _____
Violation: Mail Fraud
Proceeding: Initial Appearance    CJA Appt: _____
Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond: $100,000-10%
Bond Set at: _____    Co-signed by: _____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: SDFL
- ☐ Other: Appear to all hearings and commit no new crimes

Language: ENGLISH

Disposition:
All parties present.

Deft advised of her rights and charges

Deft sworn for counsel. Deft did not answer any of the courts questions. The court appointed the FPD - Robert Berube was in court.

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

Report RE Counsel: _____
PTD/Bond Hearing: 04/05/19    10:30 a.m.    Hunt    FTL
Prelim/Arraign or Removal: 04/17/19    11:00 a.m.    Seltzer    FTL
Status Conference RE: _____

Check if Applicable: ☐ The motion to continue to permit the defendant to hire counsel is GRANTED. The time from today through the rescheduled date is excluded from the deadline for trial as computed under the Speedy Trial Act, since the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in speedy trial.

D.A.R. 11:24:07    Time in Court: 35 Mins